```
                                         U.S. COURTS
                                         NOV 05 2024
                                    Rcvd____Filed____Time____
                                    STEPHEN W. KENYON
                                    CLERK, DISTRICT OF IDAHO
```

From the desk of:
Kenneth Franklin Crotz iii
P.O. Box 1310
Meridian, ID 83646
Telephone: (208) 319-6870
Emails: KENNETHFRANKLINCROTZIIITRUST.COM

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KENNETH FRANKLIN CROTZ III©<br><br>Plaintiffs, Pro Se,<br><br>v.<br><br>EQUIFAX, INC.<br>        Defendant. | CASE NO. 1:24-CV-00537-DCN<br><br>**COMPLAINT**<br><br>**JURY TRIAL REQUESTED**<br>_X_,YES ____,NO |

**CIVIL ACTION**

**TO:** (Defendants' names and addresses)

Equifax North American Headquarters
Attn: Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309

## PLAINTIFF'S COMPLAINT FOR DAMAGES

COME NOW, the above-named Plaintiffs, KENNETH FRANKLIN CROTZ©. Presented by man Kenneth Franklin Crotz iii, and for a cause of action against Defendant EQUIFAX, INC. collectively referred to as "Defendants", and alleges, upon information and belief, the following: (Please note that spelling of each name is important and will always be as above throughout this complaint for clarity in the court.)

## COMPLAINT

### STATEMENT OF FACTS

PLAINTIFF, *kenneth franklin crotz iii*, a living man, acting as the representative of the legal entity *KENNETH FRANKLIN CROTZ III©*, brings this complaint against DEFENDANT, Equifax Inc., a corporation headquartered in Atlanta, Georgia, for violations of the Fair Credit Reporting Act (FCRA), defamation, and negligent handling of Plaintiff's personal information.

Plaintiff asserts the following rights and submits the following documents as evidence of his legal standing:

**Exhibits**

1. **Common Law Copyright Notice (Exhibit A):** Plaintiff holds a common law copyright over his name, personal information, and identity as a living man, *kenneth franklin crotz iii*. This notice establishes that Plaintiff has exclusive rights over the use, publication, and dissemination of his name and personal details.

Defendant's unauthorized reporting of inaccurate information related to KENNETH FRANKLIN CROTZ III constitutes a violation of these rights.

2. **Petition for Name Correction (Exhibit B):** Filed with the Fourth District Court of the State of Idaho, County of Ada, this petition formally requests the correction of Plaintiff's name to reflect his status as a living man, separate from the corporate legal entity KENNETH FRANKLIN CROTZ III (all-capital letters). Plaintiff has taken legal steps to distinguish his identity from that of the corporate entity, and this petition supports his position as a living man rather than a corporate fiction.

3. **Notice of Right of Subrogation (Exhibit C):** This notice asserts Plaintiff's right of subrogation, allowing him to act on behalf of the legal entity KENNETH FRANKLIN CROTZ III in all matters relating to disputes, claims, and interactions with Defendant. Plaintiff, *kenneth franklin crotz iii*, is authorized to stand in for and represent the legal entity in this matter.

4. **Intent to Sue Letter (Exhibit D):** On October 18, 2024, Plaintiff sent an Intent to Sue letter to Defendant, formally notifying Defendant of its continued violations of the FCRA, failure to validate disputed information, and refusal to correct inaccuracies on Plaintiff's consumer report. Defendant has been made aware of Plaintiff's position and was advised that legal action would be taken if the issues were not resolved. Supporting documentation includes a Certified Mail Green Slip and an Affidavit of Mailing (Exhibit D-1).

5. **Certificate of Non-Response (Exhibit D-2):** Following Defendant's lack of response to Plaintiff's Intent to Sue letter, a notarized Certificate of Non-Response was issued to document Defendant's failure to respond. This certificate further supports Plaintiff's claims of non-compliance and lack of action from Defendant.

6. **Minnesota Assumed Name Filing (Exhibit E):** Filed on April 11, 2023, with the Minnesota Secretary of State, this document confirms Plaintiff's legal control over

the assumed name *KENNETH FRANKLIN CROTZ III*. This filing further distinguishes Plaintiff, the living man, from the legal entity represented in all-capital letters, establishing a legal separation between his personal identity and the corporate entity.

7. **Permission to Use Copyrighted Materials (Exhibit F):** Plaintiff obtained express permission from Thomson Reuters Copyright Services to make personal use of specific copyrighted materials for legal arguments and case preparation. This demonstrates Plaintiff's understanding and respect for copyright law, aligning with Plaintiff's own assertion of common law copyright over his name and personal information as outlined in Exhibit A.

8. **Complaint Filed with the Attorney General (Exhibit G):** Plaintiff filed a formal complaint with the Attorney General's office on October 18, 2024, detailing Defendant's failure to comply with FCRA requirements and requesting intervention. This step was taken to document Defendant's non-compliance and to seek additional oversight from state authorities regarding Defendant's practices. *Matter No. 24-94116.*

9. **Validation Letters and Proof of Delivery:** Plaintiff made several written demands for validation of the disputed information, beginning on July 1, 2024, and continuing with subsequent demands on September 4, 2024, September 17, 2024 (response letter), and October 2, 2024. In the third demand letter, Plaintiff referenced **Title X of the Dodd-Frank Act**, specifically **Section 1031**, which bans abusive acts or practices. Each demand letter includes corresponding proof of mailing as follows:

- **Exhibit H:** First Demand for Validation to Equifax, dated July 1, 2024 (sent without tracking or affidavit of mailing).
- **Exhibit I:** Second Demand for Validation to Equifax, dated September 4, 2024.

- - Exhibit I-1: Certified Mail Green Slip for Second Demand for Validation.
  - Exhibit I-2: Affidavit of Mailing for Second Demand for Validation.
- **Exhibit J**: Response Letter to Equifax, dated September 17, 2024, following Equifax's claim of missing information in Plaintiff's second demand.
  - Exhibit J-1: Certified Mail Green Slip for September 17, 2024 Response Letter.
- **Exhibit K**: Third Demand for Validation to Equifax, dated October 2, 2024, referencing Title X of the Dodd-Frank Act and Section 1031, which prohibits abusive acts or practices.
  - Exhibit K-1: Certified Mail Green Slip for Third Demand for Validation.
  - Exhibit K-2: Affidavit of Mailing for Third Demand for Validation.

## LEGAL GROUNDS

Plaintiff alleges the following violations of federal laws:

1. **Fair Credit Reporting Act (FCRA) – 15 USC 1681 et seq.** • Defendant failed to comply with FCRA requirements by not validating the information in Plaintiff's consumer report after multiple disputes were sent, as evidenced by the three validation letters (Exhibits H, I, and J). Under 15 USC 1681i(a), Defendant is required to investigate disputed items and correct or delete any inaccurate or unverifiable information. • Plaintiff claims civil liability for willful noncompliance under 15 USC 1681n, seeking statutory damages of $1,000 per violation, totaling $25,000, plus actual damages resulting from Defendant's failure to validate or correct the disputed items.
2. **Unauthorized Use of Personal Information – 15 USC 6802 (Gramm-Leach-Bliley Act)** • Defendant disclosed nonpublic personal information without Plaintiff's permission or providing an opportunity to opt-out, as required under the Gramm-

Leach-Bliley Act. Plaintiff alleges that Defendant failed to meet federal privacy standards by improperly sharing Plaintiff's personal information.

3. **Definition of Identity Theft – 12 CFR 1022.3•** Defendant's actions in handling Plaintiff's information without authorization may qualify as identity theft, as defined by 12 CFR 1022.3, by failing to obtain proper consent to use Plaintiff's identifying information. Plaintiff asserts that such unauthorized usage meets the federal definition of identity theft and constitutes a separate violation.

4. **Aggravated Identity Theft – 18 USC 1028A•** Plaintiff asserts that Defendant's continued handling and reporting of Plaintiff's identifying information without lawful authority may constitute aggravated identity theft under 18 USC 1028A. Plaintiff reserves the right to seek additional relief if further evidence supports this claim.

5. **Dodd-Frank Act – Title X, Section 1031** In Plaintiff's third demand letter, Plaintiff referenced Title X of the Dodd-Frank Act, specifically Section 1031, which prohibits abusive acts or practices. This provision mandates that covered entities, including credit reporting agencies, refrain from actions that take unreasonable advantage of the consumer's lack of understanding, resulting in a violation of the consumer's rights. Plaintiff asserts that Defendant's continued refusal to validate disputed information, despite repeated requests, constitutes an abusive practice as defined under Section 1031 of the Dodd-Frank Act, infringing upon Plaintiff's rights to fair treatment.

## I. Fair Credit Reporting Act (FCRA) Violations

Plaintiff obtained a copy of the Equifax consumer report associated with *KENNETH FRANKLIN CROTZ III©* in or around July 2024 and observed multiple violations of the FCRA. The inaccurate information reported by Defendant defames Plaintiff's character and damages his creditworthiness, credit standing, credit capacity, reputation, and overall livelihood.

## II. Failure to Validate Information

Plaintiff has made several written demands for validation, beginning on July 1, 2024, and continuing with subsequent demands on September 4, 2024, and September 25, 2024. Each demand referenced Defendant's obligations under the FCRA to validate or correct disputed information. Despite these requests, Defendant failed to provide adequate validation or to correct the inaccurate information, violating Plaintiff's rights under the FCRA.

## III. Defamation and Unauthorized Use of Personal Information

Defendant's continued reporting of inaccurate information, despite Plaintiff's common law copyright over his name and identity, constitutes defamation and unauthorized use of Plaintiff's personal information. Defendant's failure to distinguish between the living man, *kenneth franklin crotz iii*, and the legal entity *KENNETH FRANKLIN CROTZ III*© has resulted in repetitional and financial harm to Plaintiff.

## IV. Harm to Plaintiff's Personal and Business Interests

Due to Defendant's disregard for Plaintiff's rights and failure to comply with federal law, Plaintiff has experienced financial losses, including over $38,000.00 in actual damages, as well as harm to his personal and business reputation. Plaintiff, representing the legal entity *KENNETH FRANKLIN CROTZ III*©, is entitled to $1,000 per FCRA violation, totaling $25,000.00 in statutory damages. In addition, Plaintiff seeks compensation for the actual damages suffered.

## RELIEF SOUGHT

WHEREFORE, Plaintiff, *kenneth franklin crotz iii*, prays for the following relief:

1. **Award of Damages:** Statutory damages of $25,000.00 for FCRA violations, and actual damages in the amount of $38,000.00 for business losses incurred due to Defendant's actions.

2. **Correction of Credit Report:** A permanent correction of all inaccurate trade lines on Plaintiff's consumer report, as specified in Plaintiff's prior demands.

3. **Court Costs and Fees:** An award of court costs incurred by Plaintiff in pursuing this legal action.

4. **Prejudgment and Post-Judgment Interest:** An award of interest as applicable by law to compensate Plaintiff for the time and effort expended on resolving this matter.

5. **Injunctive Relief:** An injunction requiring Defendant to cease unauthorized use of Plaintiff's name and personal information, as established by Plaintiff's common law copyright.

6. **Acknowledgment of Plaintiff's Legal Position:** An order recognizing Plaintiff's rights under subrogation and his distinction as the living man separate from the legal entity *KENNETH FRANKLIN CROTZ III©*.

7. **Further Relief:** Any other relief deemed just and appropriate by the Court.

## VERIFICATION

I, *kenneth franklin crotz iii*, being duly sworn, verify that I am the Plaintiff in this action, that I have read the foregoing complaint, and that the statements made therein are true to the best of my knowledge and belief.

DATED this November 5th, 2024.

Respectfully Submitted,

Agent: Kenneth-franklin, crotz III: UCC 1-308
/s/kenneth franklin crotz iii
KENNETH FRANKLIN CROTZ III©
PO Box 1310
Meridian, Idaho 83646
Email: KENNETHFRANKLINCROTZIIITRUST@GMAIL.COM

**Exhibits**

- Exhibit A: Common Law Copyright Notice (Registered Mail Number RF 100 103 705 US) (Affidavit of Publication)
- Exhibit B: Petition for Name Correction (filed with the clerk)
- Exhibit C: Notice of Right of Subrogation (filed with the clerk)
- Exhibit D: Intent to Sue Letter to Equifax, dated October 18, 2024
    - Exhibit D-1: Affidavit of Mailing and Certified Mail Green Slip for Intent to Sue Letter
    - Exhibit D-2: Certificate of Non-Response (Included in the above Green Slip and Affidavit of Mailing)
- Exhibit E: Minnesota Assumed Name Filing, dated April 11, 2023 (Affidavit of Publication)
- Exhibit F: Email from Thomson Reuters Copyright Services, granting permission for use of copyrighted materials, dated January 12, 2024

- **Exhibit G**: Complaint Filed with the Attorney General, dated October 18, 2024

**Validation Demands**

- **Exhibit H**: First Demand for Validation to Equifax, dated July 1, 2024 (sent without tracking)
- **Exhibit I**: Second Demand for Validation to Equifax, dated September 4, 2024
    - **Exhibit I-1**: Certificate of Mailing and Certified Mail Green Slip for Second Demand for Validation
    - **Exhibit I-2**: Affidavit of Mailing for Second Demand for Validation
- **Exhibit J**: Response Letter to Equifax, dated September 17, 2024, following Equifax's claim of missing information in Plaintiff's second demand
    - **Exhibit J-1**: Certified Mail Green Slip for September 17, 2024 Response Letter
- **Exhibit K**: Third Demand for Validation and Notice to Furnisher of Information to Equifax, dated October 2, 2024
    - **Exhibit K-1**: Certified Mail Green Slip for Third Demand for Validation
    - **Exhibit K-2**: Affidavit of Mailing for Third Demand for Validation