IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO

KENNETH FRANKLIN CROTZ III )
)
)
)
)
Plaintiff(s), )
)
vs. ) CASE NO. 1:24-cv-00537-DCN
Equifax, Inc )
)
)
)
)
Defendant(s). )

### CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), it appears by affidavit or otherwise from the records in the above-entitled action that summons and complaint have been served upon the Defendant nam ed below. It further appears that defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure. The Defendant, Equifax, Inc. , is, therefore, in default.

DATED: February 7, 2025

Stephen W. Kenyon,
Clerk of the United States District Court
District of Idaho

By: _____
Deputy Clerk

United States Courts
District of Idaho

Jenny Mitchell
on Feb 07, 2025 10:49 am